# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NANCY LANDEROS, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>IDALBERTO BRAVO MORALES, AN INDIVIDUAL,<br>Respondent. | No. 85243<br>**FILED**<br>SEP 2 6 2022<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's notice of voluntary withdrawal of this appeal, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Erika D. Ballou, District Judge
William C. Turner, Settlement Judge
Hicks & Brasier, PLLC
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Eighth District Court Clerk

22-30182